In the Matter of the Estate of ANNA PICONE, Deceased. JOHN FUSCO, as Executor of ANNA PICONE, Deceased, Respondent; CONSIGLIO PICONE, Appellant; ALBERT A. BLINDER, Special Guardian.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [199 Misc. 1039.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DOVIGO, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

IRVING ZIMMERMAN et al., Doing Business under the Name of GEORGE C. PONTER & Co., Respondents, v. MEREDITH MANOR, INC., Appellant, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANHANK CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [2892–2898 Broadway, Borough of Manhattan.] — No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

In the Matter of BROOKLYN TRUST COMPANY, as Trustee, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [911 Park Ave., Borough of Manhattan.] — No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Arbitration between PERLOWIN STUDIOS, INC., Respondent, and PAUL PERLOWIN et al., Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

In the Matter of JOSEPH A. MANNING et al., Respondents, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 906.]

In the Matter of JOSEPH A. SACKS, Respondent, against JOSEPH D. McGOLD·RICK, as State Rent Administrator, Appellant, and HANOVER CONSTRUCTION CORP., Intervener, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.